| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven P. Chang 221783<br>Law Offices of Steven P. Chang<br>801 S. Garfield Ave Suite 338<br>Alhambra, CA 91801-4486<br>(626) 281-1232<br>(626) 281-2919<br><br>☒ Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Baiz Rodriguez, Barbara Jo<br><br>Debtor(s). | CASE NO.: 11-39746<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists  
☐ Amendments to the petition, statement of affairs, schedules or lists  
☒ Other: Declaration re: non-opposition

Date Filed:  
Date Filed:  
Date Filed: 8/25/11

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/ _[signature]_ _____    8/25/11 _____
Signature of Signing Party                                                     Date

Baiz Rodriguez, Barbara Jo
Printed Name of Signing Party

_____    _____
Signature of Joint Debtor (if applicable)                                       Date

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

/s/ Steven P. Chang _[signature]_ _____    8/25/11 _____
Signature of Attorney for Signing Party                                   Date

Steven P. Chang
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Steven P. Chang (CA State Bar No. 221783)
LAW OFFICES OF STEVEN P. CHANG
810 South Garfield Avenue
Suite 338
Alhambra, CA 91801-4486
Telephone: (626) 281-1232
Fax: (626) 281-2919
Email: schang@spclawoffice.com

Proposed Bankruptcy Counsel for
Barbara Baiz Rodriguez
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.   2: 11-bk-39746 EC |
|---|---|
| Barbara Baiz Rodriguez, | Chapter 11 |
| Debtor. | **DECLARATION OF STEVEN P. CHANG RE: NON-OPPOSITION TO DEBTOR'S MOTION FOR ORDER FIXING DEADLINE (BAR DATE) FOR FILING PROOFS OF CLAIM** |
| | [No Hearing Required] |

## DECLARATION OF STEVEN P. CHANG

I, Steven P. Chang, Esq., declare as follows:

1. I am the proposed general bankruptcy attorney for Barbara Baiz Rodriguez, ("Debtor"). I have personal first hand knowledge of the matters set forth herein directly or through such records and if called as a witness, could and would testify competently thereto.

2. On July 18, 2011 my staff and I served the **NOTICE OF AND DEBTOR'S MOTION FOR ORDER FIXING DEADLINE (BAR DATE) FOR FILING PROOFS OF CLAIM**

1  ("Motion"), to all interested parties and the United States Trustee. The moving paper was filed on

2  or around July 18, 2011.

3      3. As of the morning of August 25, 2011, I have not received any objection to the Motion.

4      4. Therefore, we respectfully request for the order to be entered.

6      I declare under penalty of perjury, under the laws of the United States of America and the

7  State of California, that the foregoing is true and correct.

10  DATED: August 25, 2011                Respectfully submitted,

11                                            Law Office of Steven P. Chang

14                                            By:  /s/Steven P. Chang
                                                  Steven P. Chang,
                                                  Proposed Counsel for
                                                  Barbara Baiz Rodriguez,
                                                  Debtor in Possession

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 S. Garfield Ave., Suite 338, Alhambra, CA 91801

On August 25, 2011, I served the following document(s) described as **DECLARATION OF STEVEN P. CHANG RE: NON-OPPOSITION TO DEBTOR'S MOTION FOR ORDER FIXING DEADLINE (BAR DATE) FOR FILING PROOFS OF CLAIM** in a sealed envelope addressed as follows:

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

(X)    (BY MAIL) As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully paid at Alhambra, California in the ordinary course of business. I am aware of that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day of deposit for mailing in affidavit.

( )    (BY FACSIMILE)    A true copy thereof by facsimile, conforming
       copy by mail

( )    (BY PERSONAL SERVICE) I delivered such envelope by hand to
       the offices of the addressee.

( )    (State) I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

(X) (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2011 at Alhambra, California.

_/s/ Michelle Yang_
Michelle Yang

2