1   MARISOL A. NAGATA
State Bar No. 221387

2   **BARRETT DAFFIN & FRAPPIER**
**TREDER & WEISS, LLP**

3   20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765

4   (626) 915-5714 – Phone

5   (626) 595-0289 - Fax
File No. 2575249

6   cdcaecf@BDFGroup.com

7

8   Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

9

10                UNITED STATES BANKRUPTCY COURT

11        CENTRAL  DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

12

13

14   In re:                                    CASE NO.:    2:11-bk-39746-RK

15   **Barbara Jo Baiz Rodriguez**             CHAPTER:    11

16   *aka* **Baiz Calderon**
*aka* **Barbara J. Baiz**                    **OBJECTION OF CLASS 3 CREDITOR,**
**WELLS FARGO BANK, N.A., TO**
17                                             **CONFIRMATION OF DEBTOR'S**
**THIRD AMENDED CHAPTER 11**
18        Debtor(s).                            **PLAN**

19

20                                             **(Collateral:  14773 TAMARIX DR, HACIENDA**
**HEIGHTS, CA, 91745)**
21

22                                             Hearing:
Date:    February 12, 2014
23                                             Time:    11:00 a.m.
Place:    U.S. Bankruptcy Court, Courtroom 1675
24                                                      255 E. Temple St., 16th Floor
Los Angeles, CA
25

26

27

28

1    WELLS FARGO BANK, N.A. ("Secured Creditor" or "Wells Fargo"), by and through its

2    counsel of record, hereby objects to confirmation of Debtor's Third Amended Plan (the "Plan"),

3    based on the following:

    On July 12, 2011, Debtor commenced the within Chapter 11 bankruptcy case proceeding.

    On August 24, 2011, Wells Fargo filed a Proof of Claim (Claim 5-1 on the Court's Claim

    Register) in the amount of $837,950.10 secured by a first priority lien interest against that certain real

    property commonly known as:    **14773 TAMARIX DRIVE, HACIENDA HEIGHTS,**

    **CALIFORNIA, 91745** (the "Property").

    On September 12, 2012, Wells Fargo filed a Notice of Election Pursuant to 11 U.S.C. §

    1111(b) to have its claim treated as a fully secured claim for purposes of the Debtor's Chapter 11

    Plan of Reorganization. Dkt. #120.

    On December 12, 2013, an order approving Debtor's Third Amended Disclosure Statement

    was entered on the docket. Dkt. #225.

    Debtor also filed the subject Plan on December 12, 2013. Dkt. #223.

    Debtor identifies Wells Fargo's Claim as a Class 3 impaired claim. In the "Description"

    column, Debtor describes Wells Fargo's secured claim amount as $837,950.10, that "Claimant has

    elected to have its claim treated under 11 U.S.C. § 1111(b)" and that Wells Fargo's unsecured portion

    as $0.00. Wells Fargo objects to confirmation of the Plan because:

    1. <u>Proposed Treatment of Wells Fargo's Claim Ignores Wells Fargo's §1111(b) Election</u>.

    Wells Fargo objects to confirmation of the Plan because even though Debtor acknowledged

    Wells Fargo §1111(b) election in the "Description" section of the Plan, Debtor ignored the §1111(b)

    election in the "Treatment" section. Instead, Debtor proposed treatment of Wells Fargo's claim is to

    bifurcate the claim and cram down Wells Fargo's claim to an alleged value of $440,000.00. The

1

2

Debtor proposes to pay $440,000.00 at 5% interest over 30 years with monthly installments of $2,362.02.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

2. <u>Feasibility is at issue.</u>

Under §1129(a)(11),  the bankruptcy court shall confirm a plan only if "[c]onfirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan."   The plan proponent must show a "reasonable probability of success." *Acequia Inc. v. Clinton (In re Acequia)*, 787 F.2d 1352, 1364 (9th Cir. 1986).   "The purpose of section 1129(a)(11) is to prevent confirmation of visionary schemes which promise creditors and equity security holders more under a proposed plan than the debtor can possibly attain after confirmation."  *Pizza of Hawaii, Inc. v. Shakey's, Inc. (Matter of Pizza of Hawaii, Inc.)*, 761 F.2d 1374, 1382 (9th Cir. 1985).

However, "[t]he prospect of financial uncertainty does not defeat plan confirmation on feasibility grounds since a guarantee of the future is not required.  The mere potential for failure of the plan is insufficient to disprove feasibility."  *Mutual Life Ins. Co. v. Patrician St. Joseph Partners, Ltd. P'ship (In re Patrician St. Joseph Partners Ltd. P'ship), 169 B.R. 669, 674 (D. Ariz. 1994).*  The plan proponent must demonstrate to the bankruptcy court by a preponderance of the evidence that the plan meets these requirements. *Liberty Nat'l Enters. V. Ambanc La Mesa Ltd. P'shp (In re Ambanc La Mesa Ltd. P'shp), 115 F.3d 650, 653 (9th Cir. 1997).*

22

23

Because Debtor has failed to provide for a proper treatment of Wells Fargo's claim it is uncertain if Debtor's Plan meets the feasibility requirement under §1129(a)(11).

24

*///*

25

*///*

26

*///*

27

*///*

28

OBJECTION TO CONFIRMATION

3.  Advances for Postpetition Property Taxes:

Secured Creditor has advanced postpetition escrow payments for property taxes[1]. Wells Fargo is entitled to reimbursement from the Debtor for such advances.

4.  Turnover of Cash Collateral.

On September 12, 2011, an Order Authorizing Use of Cash Collateral (Dkt. 30) with respect to rental income from the Property, which is Wells Fargo's cash collateral. The Order provides, in part, that "[a]ll net cash each month in excess of expenses and reserve shall be paid to senior lender"

Thus, Wells Fargo's position is that any remaining cash collateral in DIP account (5449) must be turned over by Debtor to Wells Fargo on the Effective Date.

Based on the foregoing, Secured Creditor requests that the Court deny confirmation of the Debtor's Plan and for such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED,

**BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP**

Dated: January 22, 2014                  By:    /s/ Marisol A. Nagata
                                         MARISOL A. NAGATA
                                         Attorneys for Secured Creditor

---

[1] Property Tax Advances: $3,567.81, November 21, 2011; $3,567.80, March 23, 2012; $2,927.31, November 23, 2012; $2,927.30, March 22, 2013; $2,905.20, January 15, 2014.

OBJECTION TO CONFIRMATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765
A true and correct copy of the foregoing document described as ***OBJECTION OF CLASS 3 CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF DEBTOR'S 3rd AMENDED CHAPTER 11 PLAN*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1-22-2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | | |
|---|---|---|
| **Todd S Garan:** ch11ecf@piteduncan.com | **Merdaud Jafarnia:** bknotice@mccarthyholthus.com | **Jerome S Cohen:** jsc@jscbklaw.com |
| **William A Bramley:** william.bramley@bramleylaw.com | **Laleh Ensafi:** lensafi@yahoo.com | **Casper J Rankin:** ecfcacb@piteduncan.com |
| **Ramesh Singh:** claims@recoverycorp.com | **Darlene C Vigil;** cdcaecf@bdfgroup.com | **Joseph Garibyan:** cmartin@pralc.com |
| **Bonni S Mantovani:** cmartin@pralc.com | **Jeannette Marsala:** jmarsala@pralc.com | **Lee S Raphael:** cmartin@pralc.com |
| **nnette Marsala** jmarsala@pralc.com | **Cassandra J Richey** cmartin@pralc.com | **Melissa A Vermillion** cmartin@pralc.com |
| **James A Judge** james@thejudgefirm.com | **Alvin Mar** alvin.mar@usdoj.gov | **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***1-22-2014,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: **Hon. Robert N. Kwan** – US Bankruptcy Court – 255 E. Temple St., Los Angeles, CA 90012
Debtor: **Barbara Jo Baiz Rodriguez** - 11468 Linard, South El Monte, CA 91733
Debtor's Attorney: **Jerome S Cohen** - 3731 Wilshire Blvd Ste 514, Los Angeles, CA 90010
Asst. US Trustee: **Alvin Mar** - 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ‗, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-22-2014 | Marisol Nagata | /s/ Marisol Nagata |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Central District of California**

| IN RE: | Case No. _____ |
|---|---|
| **Baiz Rodriguez, Barbara Jo** | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Wachovia Mortgage**<br>**4101 Wiseman Blvd**<br>**San Antonio, TX  78251** | | | | **831,000.00**<br>**Collateral:**<br>**538,400.00**<br>**Unsecured:**<br>**292,600.00** |
| **American Home Mortgage**<br>**4600 Regent Blvd Ste 200**<br>**Irvine, TX  75063** | | | | **424,003.00**<br>**Collateral:**<br>**150,000.00**<br>**Unsecured:**<br>**274,003.00** |
| **Aurora Loan Services**<br>**2617 College Park**<br>**Scottsbluff, NE  69361** | | | | **355,345.00**<br>**Collateral:**<br>**152,000.00**<br>**Unsecured:**<br>**203,345.00** |
| **Esther Stonger And Jerry Stonger**<br>**13109 Oakwood Lane**<br>**La Mirada, CA  90638** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **183,000.00** |
| **Vic Albano And Susan Albano**<br>**1090 S Rexford Lane**<br>**Anaheim, CA  92808** | | | | **43,750.00**<br>**Collateral:**<br>**538,400.00**<br>**Unsecured:**<br>**43,750.00** |
| **Chase Bank C/O Law Office Of Rory Clark**<br>**5743 Corsa Ave Ste 215**<br>**Westlake, CA  91362** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **20,000.00** |
| **American Home Mortgage**<br>**4600 Regent Blvd Ste 200**<br>**Irvine, TX  75063** | | | | **19,806.00**<br>**Collateral:**<br>**150,000.00**<br>**Unsecured:**<br>**19,806.00** |
| **Riverside County Treasurer Tax Collector**<br>**PO BOX 12005**<br>**Riverside, CA  92502** | | | | **15,889.77**<br>**Collateral:**<br>**150,000.00**<br>**Unsecured:**<br>**15,889.77** |
| **Vic Albano And Susan Albano**<br>**1090 S Rexford Lane**<br>**Anaheim, CA  92808** | | | | **14,437.50**<br>**Collateral:**<br>**538,400.00**<br>**Unsecured:**<br>**14,437.50** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **Monteleowe Interiors**<br>14020 Live Oak Ave<br>Baldwin Park, CA  91706 | | **12,000.08** |
| **The Villages Of Avalon**<br>27720 Jefferson Ave #20<br>Temecula, CA  92590 | | **11,989.00** |
| **Wachovia Mortgage**<br>4101 Wiseman Blvd<br>San Antonio, TX  78251 | | **11,623.00**<br>**Collateral:**<br>**538,400.00**<br>**Unsecured:**<br>**11,623.00** |
| **Chase**<br>PO BOX 901008<br>Fort Worth, TX  76101 | | **10,750.00** |
| **Stemar Restoration Inc**<br>555 N El Camino Real Ste A415<br>San Clemente, CA  92622 | **Contingent**<br>**Unliquidated**<br>**Disputed** | **10,000.00** |
| **Servia Master Clean Restoration**<br>310 N Alameda Ave<br>Azusa, CA  91702 | | **9,000.00** |
| **The Villages Of Avalon**<br>27720 Jefferson Ave #20<br>Temecula, CA  92590 | | **8,525.00**<br>**Collateral:**<br>**150,000.00**<br>**Unsecured:**<br>**8,525.00** |
| **Household Finance**<br>PO BOX 3425<br>Buffalo, NY  14240 | | **4,275.08** |
| **Household Finance**<br>PO BOX 3425<br>Buffalo, NY  14240 | | **4,199.54** |
| **United Pacific Services**<br>120 E La Habra Blvd # 107<br>La Habra, CA  90631 | | **4,000.00** |
| **Equable Ascent/Chase**<br>1120 W Lake Cook Rd Ste<br>Buffalo Grove, IL  60089 | | **3,263.00** |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July 12, 2011**

Signature
of Debtor          */s/ Barbara Jo Baiz Rodriguez*

**Barbara Jo Baiz Rodriguez**

Date: _____

Signature
of Joint Debtor
(if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only