Jerome S. Cohen (SBN 143727)
Scott P. Layfield (SBN 246481)
3731 Wilshire Blvd. (Suite 600)
Los Angeles, CA 90010
Tel. (213) 388-8188
Fax (213) 388-6188

Counsel for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 03 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gae      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

BARBARA J. BAIZ RODRIGUEZ,

　　　　　　　　　　　　Debtor.

Case No. 2:11-bk-39746-RK

Chapter 11

**ORDER APPROVING STIPULATION RE OBJECTION OF CLASS 3 CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN**

**Plan Confirmation Hearing**:
Date:　February 12, 2014
Time:　11:00 a.m.
Ctrm:　1675

///

///

///

The Court having considered the stipulation between Debtor and secured creditor Wells Fargo Bank, N.A. titled, *Stipulation Re Objection Of Class 3 Creditor, Wells Fargo Bank, N.A., To Confirmation Of Debtor's Third Amended Chapter 11 Plan* ("Stipulation") [Document No. 249 on the Court's docket], and for good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved and directs that the parties comply therewith.

IT IS SO ORDERED.

### 

Date: February 3, 2014

_____
Robert Kwan
United States Bankruptcy Judge