## Office of the United States Trustee

In re:

Barbara J. Baiz Rodriguez

                    Debtor

Chapter 11 Case No:
2:11-bk-39746RK

### Post-Confirmation Status Report

Quarter Ending:
March 31, 2019
1st Quarter

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX Barbara Baiz Rodriguez PO Box 90184 City of Industry, CA 91715 (562) 754-7002 |
|---|---|

| Date Order was entered confirming plan | April 24, 2014 |
|---|---|
| Disbursing Agent (if any) (Please print) | DIP |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $9,079.14 |
| Other Disbursements | $641.58 |
| **Total Disbursements** | $9,720.72 |

| Projected date of final decree | 5/31/19 |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | Final distribution of payments to all creditors as set forth in the confirmation plan. |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 04/29/19 |
| Amount Paid | $315.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

Date: April 29, 2019

Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

---

Revised December 2001      POST-CONFIRMATION STATUS REPORT (Page 1 of 1)      USTLA-7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1015 Via Carmelita, Burbank, CA 91501

A true and correct copy of the foregoing document described as **OFFICE OF THE UNITED STATES TRUSTEE POST-CONFIRMATION STATUS REPORT ENDING March 31, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **04-29-19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- U.S. Trustee: United States Trustee:
  U.S. Trustee: Alvin Mar Alvin.mar@usdoj.gov (LA) ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **04/29/19**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of The United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10-31-2017 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/29/19 | Ms. Maggie Avila | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                           F 9013-3.1.PROOF.SERVICE