CASSANDRA J. RICHEY
State Bar No. 155721
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 5673405
cdcaecf@bdfgroup.com

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>BARBARA JO BAIZ RODRIGUEZ<br><br>Debtor. | CASE NO.: 2:11-bk-39746-RK<br><br>CHAPTER: 11<br><br>NOTICE OF TERMINATION OF AUTOMATIC STAY PURSUANT TO CLAIM TREATMENT STIPULATION AND DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN<br><br>Subject Property:<br>14773 Tamarix Drive<br>Hacienda Heights, CA 91745 |

**TO DEBTOR, DEBTOR'S COUNSEL, THE U.S. TRUSTEE, AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that, pursuant to the terms of the Order Approving Stipulation Re Objection of Class 3 Creditor, Wells Fargo Bank, N.A. to Confirmation of Debtor's Third Amended Chapter 11 Plan ("Order"), entered by the Court on February 3, 2014 [see, Docket Numbers 249 and 250], the Automatic Stay pursuant to 11 United States Code section 362 is terminated effective April 27, 2019 to allow WELLS FARGO BANK, N.A. ("Secured Creditor") to enforce its foreclosure remedies under the Loan Documents and applicable state law against the collateral described in that certain Deed

of Trust recorded on September 5, 2006, as Instrument Number 06 1968104, in the Office of the County Recorder of Los Angeles County, State of California, with respect to the real property located at **14773 TAMARIX DR., HACIENDA HEIGHTS, CA 91745-4323** ("Subject Property"), and legally described as follows:

Parcel 1.

That portion of Lot 10 of Tract 9211, in the County of Los Angeles, State of California, as per map recorded in book 126, page(s) 93 to 99 inclusive of maps, in the office of the County Recorder of said County lying Easterly of a line beginning at a point in the Northerly line of said lot, distant North 58° 34' West 92.97 feet from the Southeasterly terminus of that certain course shown on said map as having a bearing and length of South 58° 34' East 145.37 feet, thence South 1° 03' 50" West 261.83 feet to a point in the Southerly line of said Lot, distant 45.93 feet Southeasterly along said line from the Westerly terminus of that certain curve therein concave Southerly shown on said map as having a radius of 251.28 feet and length of 145.55 feet.

Excepting therefrom, all precious metals and ores thereof as excepted from the partition between John Rowland Sr. and William Workman in the partition deed recorded in book 10, page(s) 39, of Deeds.

Parcel 2:

An easement for ingress and egress over that portion of Lot 10, Tract 9211, as per map recorded in book 126, page(s) 93 to 99 inclusive of maps, in the office of the County Recorder of said County lying within a strip of land 10 feet in width, being 5 feet on each side of the following described center line.

Commencing at a point in the Southerly line of said lot, distant 45.93 feet Southeasterly along said line from the Westerly terminus of that certain curve therein concave Southerly shown on said map as having a radius of 231.28 feet and length of 145.55 feet, thence North 1° 03' 50" East 46.50 feet to the true point of beginning along a line which if produced would intersect the Northerly line of said Lot at a point distant North 58° 54' West 92.97 feet from the Southeasterly terminus of that certain course shown on said map as having a bearing and length of South 58° 34' East 145.37 feet, thence from said true point of beginning North 76° 16' West 95.81 feet, more or less, to the Southwesterly line of said lot, the Northerly and Southerly lines of said 10 foot strip to terminate in the Southwesterly line of said lot, and in that certain line described above, as having a bearing of North 1° 03' 50" East that passes through the true point of beginning.

Pursuant to the terms of the Order and Debtor's confirmed Plan, the Debtor was required to tender modified regular mortgage payments to Secured Creditor each month beginning upon the effective date of the Plan. The Debtor was also responsible to maintain property insurance and pay all property tax installments as they become due. In the event the Debtor defaulted under the terms of the Order, Secured Creditor may serve upon Debtor and Debtor's attorney a written notice of default. The Debtor is in material default under the Plan if the Debtor fails within 21 days of the service of such notice of default (plus 3 additional days if served by mail), either: (i) to cure the default or (ii) to obtain from the court an extension of time to cure the default or a determination that no default occurred. A copy of the Order is attached hereto as **Exhibit "A"** and incorporated herein by reference.

On April 2, 2019, a notice of default ("NOD") was sent by mail to the Debtor, Debtor's Attorney, and Office of the U.S. Trustee. A copy of said NOD is attached hereto as **Exhibit "B"** and incorporated herein by this reference. The default of $132,031.73 computed through April 2019 was to

be cured by April 26, 2019. More than twenty-one (21) days have passed since the mailing of said written NOD, but the Debtor has failed to cure the entire default set forth therein.

Based on the Debtor's failure to cure the default as required under the Order and confirmed Plan, the Automatic Stay has terminated effective April 27, 2019, and Secured Creditor may pursue its foreclosure remedies as to the Subject Property in accordance with the Loan Documents and applicable state law.

|  |  |
|---|---|
|  | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| DATE: April 30, 2019 | By:  /s/ Cassandra J. Richey  <br>CASSANDRA J. RICHEY <br>Attorneys for Secured Creditor |

# EXHIBIT A

Jerome S. Cohen (SBN 143727)
Scott P. Layfield (SBN 246481)
3731 Wilshire Blvd. (Suite 600)
Los Angeles, CA 90010
Tel. (213) 388-8188
Fax (213) 388-6188

Counsel for Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 03 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gae **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BARBARA J. BAIZ RODRIGUEZ,<br><br>Debtor. | Case No. 2:11-bk-39746-RK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE OBJECTION OF CLASS 3 CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN**<br><br>**Plan Confirmation Hearing**:<br>Date: February 12, 2014<br>Time: 11:00 a.m.<br>Ctrm: 1675 |

///

///

///

1

**EXHIBIT A**

The Court having considered the stipulation between Debtor and secured creditor Wells Fargo Bank, N.A. titled, *Stipulation Re Objection Of Class 3 Creditor, Wells Fargo Bank, N.A., To Confirmation Of Debtor's Third Amended Chapter 11 Plan* ("Stipulation") [Document No. 249 on the Court's docket], and for good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved and directs that the parties comply therewith.

IT IS SO ORDERED.

### ###

Date: February 3, 2014

_____
Robert Kwan
United States Bankruptcy Judge

2

**EXHIBIT A**

Jerome S. Cohen (SBN 143727)
Scott P. Layfield (SBN 246481)
3731 Wilshire Blvd., Suite 600
Los Angeles, CA 90010
TEL: (213) 388-8188
FAX: (213) 388-6188
Email: *jsc@jscbklaw.com*

Counsel for Debtor and
Debtor in Possession Barbara J. Baiz Rodriguez

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BARBARA J. BAIZ RODRIGUEZ,<br><br>Debtor. | Case No.: 2:11-bk-39746-RK<br><br>Chapter 11<br><br>**STIPULATION RE OBJECTION OF CLASS 3 CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN**<br><br>Plan Confirmation Hearing:<br>Date: February 12, 2014<br>Time: 11:00 a.m.<br>Ctrm: 1675 |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE:

This Stipulation is made between Barbara J. Baiz Rodriguez, debtor and debtor-in-possession ("Debtor") and secured creditor Wells Fargo Bank, N.A. ("Wells Fargo") (collectively referred to as the "Parties"), through their respective attorneys of record, on the basis of the following facts:

1

**EXHIBIT A**

A. On August 24, 2011, Wells Fargo filed a Proof of Claim (Claim 5-1 on the Court's Claim Register) in the amount of $837,950.10 secured by a first priority lien interest against Debtor's real property commonly known as: **14773 Tamarix Drive, Hacienda Heights, California 91745 (the "Property")**. Wells Fargo's claim is also secured by the rents of the Property ("Cash Collateral").

B. On September 12, 2011, the Court entered its order approving Debtor's limited use of the Cash Collateral for operating expenses related to the Property (Document No. 30). Debtor segregates all Cash Collateral she receives into a separate debtor in possession bank account ("Cash Collateral Account").

C. On September 12, 2012, Wells Fargo filed a Notice of Election Pursuant to 11 U.S.C. § 1111(b) to have its claim treated as a fully secured claim. (Document No. 120).

D. On December 12, 2013, Debtor filed her third amended Chapter 11 plan titled, *Debtor's Third Amended Chapter 11 Plan* ("Plan"). (Document No. 223).

E. The Plan provides Wells Fargo with a Class 3 secured claim in the amount of $837,950.10 ("Secured Claim").

F. On January 22, 2014, Wells Fargo filed an objection to the Plan titled, *Objection Of Class 3 Creditor, Wells Fargo Bank, N.A., To Confirmation Of Debtor's Third Amended Chapter 11 Plan* ("Objection"). (Document No. 239). The Objection sought clarification of the Plan's treatment of its claim, turnover of the Cash Collateral, and payment of post-petition property tax advances.

G. As indicated in Debtor's December monthly operating report filed with the Court, as of December 31, 2013, Debtor held $4,367.86 in the Cash Collateral account. (Document No. 238).

**EXHIBIT A**

H.  Wells Fargo has made the following post-petition property tax advances regarding the Property ("Property Tax Advances"):

    a. November 21, 2011 - $3,567.81

    b. March 23, 2012 - $3,567.81

    c. November 23, 2012 - $2,927.31

    d. March 22, 2013 - $2,927.31

    e. January 15, 2014 - $2,905.20

**TOTAL: $15,895.44**

I.  The Parties have agreed on terms to resolve the Objection.

WHEREFORE, the Parties hereby stipulate and agree as follows:

1. **Section 1111(b) Election and Post-petition Tax Advances**: Wells Fargo has timely elected to deem its claim fully secured. Wells Fargo shall have a secured claim in the amount of $837,950.10 ("Secured Claim") as reflected in Wells Fargo's Proof of Claim (Claim 5-1), *plus* an additional amount of $15,895.44 representing post-petition tax advances, for a total allowed secured claim in the amount of $853,845.54 ("Modified Secured Claim Amount").

2. **Treatment of Modified Secured Claim Amount**: Wells Fargo's Modified Secured Claim Amount shall be paid over thirty (30) years with 0.00% interest per annum, in monthly installments of $2,371.80, commencing on the first day of the month following the Effective Date of the Plan until the Modified Secured Claim Amount is paid in full.

3. **Turn over of cash collateral**: On the Effective Date Plan, Debtor shall turnover to Wells Fargo all Cash Collateral held by Debtor in the Cash Collateral Account or elsewhere ("Effective Date Cash Collateral"). The Effective Date Cash Collateral shall be applied to reduce the Modified Secured Claim Amount by the equivalent sum.

3

**EXHIBIT A**

4.   Debtor shall be responsible for maintaining real property hazard insurance and paying real property taxes on the subject property.

5.   Material Default Defined: If Debtor fails to make any payment required under the Plan, or to perform any other obligation required under the Plan for more than 14 days after the time specified in the Plan, Wells Fargo may serve upon Debtor and Debtor's attorney (if any) a written notice of default. The Debtor is in material default under the Plan if the Debtor fails within 21 days of the service of such notice of default, plus 3 additional days if served by mail, either: (i) to cure the default or (ii) to obtain from the court an extension of time to cure the default or a determination that no default occurred.

6.   Wells Fargo may not take any action to enforce either preconfirmation obligations or obligations due under the Plan, so long as the Debtor is not in material default under the Plan. If the Debtor is in material default under the Plan, Wells Fargo may: (i) take any action permitted under nonbankruptcy law to enforce the terms of the Plan; or (ii) move to dismiss this case or to convert this case to a chapter 7 bankruptcy case.

7.   Except as modified herein, the remaining terms of the original Note and Deed of Trust will remain viable and in full force and effect.

8.   The terms of this Stipulation may not be modified, altered, or changed by the Debtor's Chapter 11 Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan and confirmation order thereon without the express written consent of the Wells Fargo. The terms of this Stipulation shall be incorporated into the Debtor's Chapter 11 Plan and/or any subsequently filed Amended Chapter 11 Plan.

9.   This Stipulation shall be subject to Bankruptcy Court approval.

10.   Upon entry of the order on this Stipulation, Wells Fargo's Objection shall be

4

**EXHIBIT A**

deemed withdrawn and Wells Fargo's ballot shall be deemed to be amended to a vote accepting the Plan.

DATED: 1/29/2014                    DATED: 1/30/14

/s/ Jerome S. Cohen                 *Marisol Nagata*
Jerome S. Cohen,                    Marisol A. Nagata
Attorney for Barbara                Attorney for Wells Fargo Bank, N.A.
J. Baiz Rodriguez,
Debtor and Debtor-in-
Possession

**EXHIBIT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Jerome S. Cohen, Attorney At Law, 3731 Wilshire Blvd., Suite 600, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE OBJECTION OF CLASS CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below::

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorney for Debtor: Jerome S Cohen
  jsc@jscbklaw.com
- Attorneys for secured and unsecured creditor
  Deutsche Bank:
- Laleh Ensafi    lensafi@yahoo.com,
  Cmartin@pralc.com
- Joseph Garibyan    cmartin@pralc.com
- Bonni S Mantovani    cmartin@pralc.com
- Jeannette Marsala    jmarsala@pralc.com,
  cmartin@pralc.com
- Lee S Raphael    cmartin@pralc.com
- Cassandra J Richey    cmartin@pralc.com
- Melissa A Vermillion    cmartin@pralc.com
- Attorney for secured creditor Wells Fargo Bank:
  Marisol A Nagata    cdcaecf@bdfgroup.com
- Matthew J Pero    mpero@afrct.com,
  bcruz@afrct.com

- United States Trustee:
- Alvin Mar    alvin.mar@usdoj.gov
- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov
- Attorneys for secured and unsecured creditor Aurora
  Bank:
- Todd S Garan    ch11ecf@piteduncan.com
- Casper J Rankin    ecfcacb@piteduncan.com
- Other Parties:
- Ramesh Singh    claims@recoverycorp.com
- Mehrdaud Jafarnia    bknotice@mccarthyholthus.com,
  mjafarnia@mccarthyholthus.com
- Darlene C Vigil    cdcaecf@bdfgroup.com
- William A Bramley
  william.bramley@bramleylaw.com
- James A Judge    james@thejudgefirm.com,
  anja@thejudgefirm.com

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) January 31, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Robert N. Kwan
United States Bankruptcy Court
255 E. Temple Street, Room 1682
Los Angeles, CA 90012

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2014 | Jessica Ybarra | /s/ Jessica Ybarra |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

# EXHIBIT A

# EXHIBIT B

**BARRETT DAFFIN FRAPPIER**
**TREDER & WEISS, LLP**
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

20955 PATHFINDER ROAD
SUITE 300
DIAMOND BAR, CA 91765
TELEPHONE: (626) 915 - 5714
TELECOPIER: (972) 661 - 7726

ATTORNEYS AND COUNSELORS AT LAW

April 2, 2019

Jerome S. Cohen, Esq.
Cohen & Bordeaux, LLP
865 S. Figueroa Street
Suite 1388
Los Angeles, California 90017

    Re:    <u>In re Barbara Jo Baiz Rodriguez</u>
           Chapter 11; U. S. Bankruptcy Court Case No. 2:11-bk-39746-RK
           Secured Creditor: Wells Fargo Bank, N.A.
           BDF File No.: 5673405
           Property: **14773 Tamarix Drive, Hacienda Heights, CA 91745**

Dear Counsel:

    This firm represents Wells Fargo Bank, N.A. ("Secured Creditor"), the current beneficiary of the first Deed of Trust secured by the real property referenced above.

    According to our client's loan servicing records, the Debtor has failed to make required payments pursuant to the terms of the Order Approving Stipulation Re Objection of Class 3 Creditor to Confirmation of Debtor's Third Amended Chapter 11 Plan entered February 3, 2014. The Debtor was required to pay the modified regular mortgage payments to Secured Creditor each month beginning the effective date of the Plan. The Debtor was also responsible to maintain property insurance and pay all property tax installments as they become due, which the Debtor has failed to maintain.

    Our client has advised that as of April 1, 2019, the Debtor is in default under the terms of the confirmed plan in the sum of:

| | |
|---|---:|
| 04/01/2015 through 07/01/2018 Payments at $2,371.80 = | $ 94,872.00 |
| 08/01/2018 through 04/01/2019 Payments at $3,102.53 = | $ 27,922.77 |
| Escrow Advance Shortage = | $ 9,236.96 |
| TOTAL DEFAULT = | $ 132,031.73 |

**THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.**
**ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT B

April 2, 2019
Jerome S. Cohen, Esq.
NOD – Rodriguez
Case No. 2:11-bk-39746-RK
Page 2

Please see enclosed accounting indicating payments received. Please have your client remit payment in the sum of **$132,031.73** made payable and sent to: **Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306**, no later than 5:00 p.m. on **April 26, 2019**. The above referenced loan number should be notated on their payment. If the entire sum is not timely received, Secured Creditor will proceed with its state law foreclosure and\or collection remedies.

Acceptance of partial payments will not constitute a waiver of Secured Creditor's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

If you have any questions, please contact our office.

> Very truly yours,
>
> */s/ Cassandra J. Richey*
> Cassandra J. Richey
> Attorneys for Secured Creditor

Encl:
cc: See attached service list.

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

# EXHIBIT B

Debtor name: BARBARA JO BAIZ  Bk Filing Date: 7/12/2011  First PP PmtDueDate/Amt: 8/1/2011 / $3657.00

| Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Payment Amount Due | Classified Total Amount Applied | Post-Petition Due Date | Debtor Suspense Amount | Debtor Suspense Balance | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2012 | $420.73 | | | | | $2,038.49 | $2,038.49 | | | |
| 5/23/2012 | $420.73 | | | | | $420.73 | $2,459.22 | | | |
| 6/19/2012 | $420.73 | | | | | $420.73 | $2,879.95 | | | |
| 7/20/2012 | $167.88 | | | | | $167.88 | $3,300.68 | | | |
| 8/22/2012 | $112.15 | | | | | $112.15 | $3,468.56 | | | |
| | | | | | | | $3,580.71 | | | |
| 9/20/2012 | $207.35 | 9/20/2012 | $3,657.00 | $3,657.00 | 5/15/2011 | ($3,449.65) | $3,580.71 | $1,061.77 | $2,164.49 | $430.74 |
| 10/24/2012 | $211.35 | | | | | $211.35 | $131.06 | | | |
| 12/7/2012 | $240.35 | | | | | $240.35 | $342.41 | | | |
| 12/28/2012 | $211.35 | | | | | $211.35 | $582.76 | | | |
| 1/28/2013 | $240.35 | | | | | $240.35 | $794.11 | | | |
| 2/20/2013 | $211.35 | | | | | $211.35 | $1,034.46 | | | |
| 3/22/2013 | $211.35 | | | | | $211.35 | $1,245.81 | | | |
| 4/19/2013 | $211.35 | | | | | $211.35 | $1,457.16 | | | |
| 6/27/2013 | $211.35 | | | | | $211.35 | $1,668.51 | | | |
| 8/7/2013 | $211.35 | | | | | $211.35 | $1,879.86 | | | |
| 8/26/2013 | $211.35 | | | | | $211.35 | $2,091.21 | | | |
| 9/12/2013 | $211.35 | | | | | $211.35 | $2,302.56 | | | |
| 1/31/2014 | $211.35 | | | | | $211.35 | $2,513.91 | | | |
| 7/2/2014 | $2,371.80 | | | | | $2,371.80 | $2,725.26 | | | |
| | | | | | | | $5,097.06 | | | |
| 7/31/2014 | $2,371.80 | 7/3/2014 | $3,657.00 | $3,657.00 | 6/15/2011 | ($3,657.00) | $1,440.06 | $1,068.68 | $2,157.58 | $430.74 |
| 9/4/2014 | $2,371.80 | | | | | $2,371.80 | $3,811.86 | | | |
| | | | | | | | $6,183.66 | | | |
| 9/30/2014 | $2,371.80 | 9/15/2014 | ($3,657.00) | ($3,657.00) | 6/15/2011 | $3,657.00 | $9,840.66 | ($1,068.68) | ($2,157.58) | ($430.74) |
| 10/9/2014 | ($2,371.80) | 9/15/2014 | ($3,657.00) | ($3,657.00) | 5/15/2011 | $3,657.00 | $13,497.66 | ($1,061.77) | ($2,164.49) | ($430.74) |
| 10/22/2014 | $2,371.80 | | | | | $2,371.80 | $15,869.46 | | | |
| 12/1/2014 | $2,371.80 | | | | | $2,371.80 | $13,497.66 | | | |
| 12/30/2014 | $2,371.80 | | | | | $2,371.80 | $18,241.26 | | | |
| 2/26/2015 | $2,371.80 | | | | | $2,371.80 | $20,613.06 | | | |
| 2/27/2015 | $2,371.80 | | | | | $2,371.80 | $22,984.86 | | | |
| 4/2/2015 | $2,371.80 | | | | | $2,371.80 | $25,356.66 | | | |
| 4/13/2015 | ($2,371.80) | | | | | ($2,371.80) | $27,728.46 | | | |
| 6/11/2015 | $2,371.80 | | | | | $2,371.80 | $25,356.66 | | | |
| 6/22/2015 | ($2,371.80) | | | | | ($2,371.80) | $27,728.46 | | | |
| 6/29/2015 | $2,371.80 | | | | | $2,371.80 | $25,356.66 | | | |
| 7/10/2015 | ($2,371.80) | | | | | ($2,371.80) | $27,728.46 | | | |
| | | | | | | | $25,356.66 | | | |
| 8/26/2015 | ($91,837.43) | 8/13/2015 | $3,657.00 | $3,657.00 | 5/15/2011 | ($3,657.00) | $21,699.66 | $1,061.77 | $2,164.49 | $430.74 |
| | | 8/26/2015 | | ($91,837.43) | | ($91,837.43) | $21,699.66 | ($91,837.43) | ($91,837.43) | |
| 8/26/2015 | $91,837.43 | 8/26/2015 | $3,657.00 | $90,059.58 | 6/15/2011 | $1,777.85 | $23,477.51 | | $73,455.90 | $16,603.68 |
| | | 8/26/2015 | | $999.99 | | ($999.99) | $22,477.52 | | | |

**EXHIBIT B**

Debtor name: BARBARA JO BAIZ    Bk Filing Date: 7/12/2011    First PP PmtDueDate/Amt: 8/1/2011 / $3657.00

| Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Payment Amount Due | Classified Total Amount Applied | Post-Petition Due Date | Debtor Suspense Amount | Debtor Suspense Balance | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/26/2015 | | $749.92 | | ($749.92) | $21,727.60 | | | |
| | | 8/26/2015 | | $27.94 | | ($27.94) | $21,699.66 | | | |
| | | 8/27/2015 | | ($66,501.58) | | | $21,699.66 | ($66,501.58) | | |
| | | 8/27/2015 | | $66,501.58 | | | $21,699.66 | $66,501.58 | | |
| | | 8/27/2015 | | ($73,455.90) | | | $21,699.66 | | ($73,455.90) | |
| | | 9/11/2015 | | $2,371.80 | 5/1/2014 | ($2,371.80) | $19,327.86 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 6/1/2014 | ($14,230.80) | $5,097.06 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 7/1/2014 | | $5,097.06 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 8/1/2014 | | $5,097.06 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 9/1/2014 | | $5,097.06 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 10/1/2014 | | $5,097.06 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 11/1/2014 | ($2,371.80) | $2,725.26 | $2,371.80 | | |
| | | 9/11/2015 | | $2,371.80 | 12/1/2014 | ($2,371.80) | $353.46 | $2,371.80 | | |
| | | | | | 1/1/2015 | | $353.46 | | | |
| 10/5/2015 | $2,371.80 | | | | | $2,371.80 | $2,725.26 | | | |
| 10/16/2015 | ($2,371.80) | | | | | ($2,371.80) | $353.46 | | | |
| 11/3/2015 | $2,371.80 | | | | | $2,371.80 | $2,725.26 | | | |
| | | 11/24/2015 | | $2,371.80 | 2/1/2015 | ($2,371.80) | $353.46 | $2,371.80 | | |
| | | 1/25/2016 | | ($506.41) | | $506.41 | $859.87 | | | ($506.41) |
| | | 1/9/2017 | | ($625.57) | | $625.57 | $1,485.44 | | | ($625.57) |

**EXHIBIT B**

## CERTIFICATION OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the County aforesaid; I am over the age of eighteen years and not a party within entitled action; my business address is 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

On the 2nd day of April 2019, I served the within written **Default Notice** by either placing a true copy thereof enclosed in a sealed envelope either with first class postage, certified mail return receipt, or electronic mail thereon fully prepaid, in the United States mail at Diamond Bar, California, addressed as follows:

**DEBTOR**
BARBARA JO BAIZ RODRIGUEZ
PO BOX 90184
CITY OF INDUSTRY, CA 91715

**U.S. TRUSTEE**
DARE LAW
HATTY K YIP
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA 90017

**ATTORNEY FOR DEBTOR**
JEROME S COHEN
865 S FIGUEROA STREET
SUITE 1388
LOS ANGELES, CA 90017

**ATTORNEY FOR DEBTOR**
JEROME S. COHEN
315 W 9TH STREET, STE. 501
LOS ANGELES, CA 90015-4207

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 2, 2019, at Diamond Bar, California.

_____
RICHARD JAMISON

# EXHIBIT B

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**20955 Pathfinder Road, Ste 300, Diamond Bar, CA 91765**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TERMINATION OF AUTOMATIC STAY PURSUANT TO CLAIM TREATMENT STIPULATION AND DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/30/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jerome S Cohen    jsc@cohenbordeaux.com, bordeaux.ecf@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/30/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge: Hon. Robert N. Kwan, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1682, Los Angeles, CA 90012
Debtor: Barbara Jo Baiz Rodriguez, PO Box 90184, City of Industry, CA 91715
Debtors Attorney: Jerome S Cohen, 865 S Figueroa Street, Suite 1388, Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2019 | CASSANDRA J. RICHEY | /s/ Cassandra J. Richey |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**CONTINUATION PAGE - 1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

William A Bramley    william.bramley@bramleylaw.com
Michael Daniels    BkECFnotifications@nationstarmail.com
Laleh Ensafi    lensafi@yahoo.com, ensafilaw@gmail.com
Oscar Estrada    oestrada@ttc.lacounty.gov
Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Joseph Garibyan    joegaribyan@gmail.com, joe.garibyan@swmllp.com
Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
James A Judge    james@thejudgefirm.com, anja@thejudgefirm.com
Leslie M Klott    Leslie.Klott@carringtonmh.com
Dare Law    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
Bonni S Mantovani    bmantovani@pralc.com;ecfcca@ecf.courtdrive.com
Jeannette Marsala    jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
Matthew J Pero    mpero@afrct.com, bcruz@afrct.com;mrapkine@afrct.com
Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
Lee S Raphael    ecfcca@ecf.courtdrive.com
Ramesh Singh    claims@recoverycorp.com
Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**